# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Haight, Jr., Charles S. | District Court, SDNY | 08/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court
141 Church Street
New Haven, CT 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Trustee | American Scandinavian Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 08/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market | C | Dividend | N | T | | | | | |
| 2. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 3. Home Depot Inc. | B | Dividend | K | T | | | | | |
| 4. Berkshire Hathaway | | None | L | T | | | | | |
| 5. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 6. Conn. St. Gen. Rev. Bonds | A | Interest | M | T | | | | | |
| 7. Capital One Savings Bank | A | Interest | M | T | | | | | |
| 8. US Trust Co of NY Bank of America Checking Account | | None | K | T | | | | | |
| 9. Guilford Savings Bank | | None | J | T | | | | | |
| 10. Columbia Select Large Cap. Fund | | None | K | T | | | | | |
| 11. MasterCard Inc. | A | Dividend | L | T | Sold (part) | 01/14/19 | K | E | |
| 12. West Hartford, CT GO Bonds | C | Interest | | | Matured | 07/15/19 | M | | |
| 13. Regional School District 18 CT Bonds | D | Interest | M | T | | | | | |
| 14. Wethersfield, CT GO Bonds | D | Interest | | | Matured | 07/05/19 | M | | |
| 15. TJX Cos., Inc. | A | Dividend | K | T | | | | | |
| 16. Church & Dwight, Inc. | A | Dividend | K | T | | | | | |
| 17. Hunt JB Trans Svcs. Inc. | | None | | | Sold (part) | 01/14/19 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Haight, Jr., Charles S.** | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | Sold | 07/16/19 | J | B | |
| 19. | Apple, Inc. | B | Dividend | M | T | Sold<br>(part) | 01/14/19 | J | B | |
| 20. | Johnson & Johnson | A | Dividend | K | T | | | | | |
| 21. | LyondellBasell Industries | B | Dividend | K | T | | | | | |
| 22. | Costco Wholesale Corp. | A | Dividend | K | T | Sold<br>(part) | 01/10/19 | J | A | |
| 23. | Booking Holdings, Inc. | | None | K | T | Sold<br>(part) | 01/14/19 | J | C | |
| 24. | Amphenol Corp. | A | Dividend | K | T | | | | | |
| 25. | Salesforce.com | | None | K | T | | | | | |
| 26. | Starbucks | A | Dividend | K | T | | | | | |
| 27. | Zoetis, Inc. | A | Dividend | K | T | | | | | |
| 28. | Danaher Corp. | A | Dividend | L | T | | | | | |
| 29. | Facebook, Inc. | | None | K | T | | | | | |
| 30. | Microsoft Corp. | B | Dividend | M | T | Sold<br>(part) | 01/14/19 | J | A | |
| 31. | Verizon | A | Dividend | K | T | Buy<br>(add'l) | 01/14/19 | J | | |
| 32. | Columbia CT Intermediate Muni Bond Fund | D | Interest | N | T | | | | | |
| 33. | Amazon.com | | None | L | T | Sold<br>(part) | 07/16/19 | J | D | |
| 34. | Alphabet Inc. | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Haight, Jr., Charles S.** | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lauder Estee Cos. Inc. | A | Dividend | K | T | | | | | |
| 36. BB & T Corp. | | None | | | Sold | 01/14/19 | K | B | |
| 37. Charles Schwab Corp. | | None | | | Sold | 07/12/19 | K | C | |
| 38. EOG Resources Inc. | | None | | | Sold | 11/27/19 | J | | |
| 39. Intercontinental Exchange Inc. | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 40. Jacobs Engineerin g Group Inc. | A | Dividend | K | T | | | | | |
| 41. Raytheon Co. | | None | | | Sold | 07/16/19 | K | C | |
| 42. Columbia AMT-Free Conn. Inter. Muni Bond Fund | D | Interest | N | T | | | | | |
| 43. Vanguard Small-Cap. ETF | B | Dividend | M | T | | | | | |
| 44. Fortive Corp. | A | Dividend | J | T | | | | | |
| 45. Teladoc, Inc. | | None | K | T | Sold (part) | 11/04/19 | J | C | |
| 46. United Parcel Service | A | Dividend | K | T | | | | | |
| 47. Accenture PLC | A | Dividend | K | T | | | | | |
| 48. Alibaba Group Holding, Ltd. | | None | K | T | | | | | |
| 49. Leidos Holdings, Inc. | A | Dividend | K | T | | | | | |
| 50. Abiomed, Inc. | | None | | | Sold | 11/27/19 | J | | |
| 51. Coca-Cola Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Haight, Jr., Charles S.** | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Constellation Brands, Inc. | | None | | | Sold | 11/27/19 | J | | |
| 53. Ingersoll-Rand Co., Ltd. | A | Dividend | K | T | | | | | |
| 54. Vertex Pharmaceuticals | | None | K | T | Buy<br>(add'l) | 01/14/19 | J | | |
| 55. Doubleline Total Return Bond Fund | E | Interest | O | T | | | | | |
| 56. Torrington, CT bonds | C | Interest | M | T | Buy | 03/27/19 | M | | |
| 57. Booz Allen Hamilton Holdings Corp. | A | Dividend | K | T | Buy | 07/16/19 | K | | |
| 58. Adobe, Inc. | | None | K | T | Buy | 01/14/19 | K | | |
| 59. Nvidia Corp. | A | Dividend | K | T | Buy | 01/14/19 | J | | |
| 60. Paypal Holdings Inc. | | None | K | T | Buy | 01/14/19 | K | | |
| 61. | | | | | Buy<br>(add'l) | 07/16/19 | K | | |
| 62. | | | | | Sold<br>(part) | 11/27/19 | K | | |
| 63. IShares Russell 1000 Growth ETF | A | Dividend | L | T | Buy | 11/27/19 | L | | |
| 64. Idex Corp. | | None | | | Buy | 07/16/19 | K | | |
| 65. | | | | | Sold | 11/27/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Haight, Jr., Charles S.** | 08/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 08/09/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles S. Haight, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544